**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1061**
_____

GREGORY DALZELL, JR.,

       Plaintiff - Appellant,

    v.

ARLINGTON COUNTY SHERIFF'S OFFICE; BETH ARTHUR, Sheriff, in her
individual and official capacity,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00407-AJT-JFA)

_____

Submitted:  January 29, 2025                       Decided:  June 27, 2025

_____

Before NIEMEYER, HEYTENS, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** James B. Thorsen, Jesse A. Roche, THORSENALLEN, LLP, Richmond,
Virginia, for Appellant.  Alexander Francuzenko, Philip C. Krone, COOK CRAIG &
FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Dalzell, Jr., appeals the district court's order granting Defendant Sheriff Beth Arthur summary judgment in Dalzell's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dalzell v. Arlington Cnty. Sheriff's Off.*, No. 1:22-cv-00407-AJT-JFA (E.D. Va. Dec. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*